```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| REGINALD JOHNSON,<br>    Plaintiff,<br>    v.<br>JEFFREY A. BEARD, SECRETARY,<br>PENNSYLVANIA DEPARTMENT OF<br>CORRECTIONS, SUPERINTENDENT<br>ROZUM, S.C.I. SOMERSET, MR.<br>MULLIGAN, UNIT MANAGER, and<br>DEPARTMENT OF CORRECTIONS<br>    Defendants | :<br>:<br>: Civil Action No. 06-109J<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

<u>MEMORANDUM ORDER</u>

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on May 22, 2006, docket no. 2, recommending that the complaint be dismissed in part for failure to state a claim, 28 U.S.C.§ 1915(e)(2)(B), and in part as duplicative of claims already alleged by plaintiff at <u>Johnson v. Beard</u>, C.A. No. 04-226J.

The plaintiff was notified pursuant to 28 U.S.C.§ 636(b)(1), that he had ten days to serve and file written objections to the Report and Recommendation. Plaintiff has not filed objections, and the time to do so has expired.

After review of the record and the Report and Recommendation, and noting the lack of timely objections thereto, the following order is entered:

AND NOW, this 30th day of June, 2006, it is

ORDERED that plaintiff's complaint is dismissed for failure to state a claim, except for the second-hand cigarette smoke claim, which is dismissed without prejudice to the complaint pending at C.A. No. 04-226J. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to:

    Reginald Johnson EV-8591
    S.C.I. Somerset
    1600 Walters Mill Road
    Somerset, PA 15510